UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORDAN ISAIAH MAURICE WATTS,

    Defendant.
_____/

Case No. 1:23-cr-100

HON. JANE M. BECKERING

## ORDER OF DISMISSAL

Pending before the Court is the government's Motion to Dismiss the Indictment (ECF No. 127), seeking leave of court to dismiss without prejudice the charges pending against Defendant in the Indictment (ECF No. 15).  The motion is unopposed, except to the extent that Defendant asks for dismissal of the Indictment with prejudice (ECF No. 128).  The Court, having reviewed the filings and by leave of court, grants the government's Motion to Dismiss the Indictment and dismisses Defendant's pending Motion to Dismiss (ECF No. 112) as moot.  Accordingly:

**IT IS HEREBY ORDERED** that the government's Motion to Dismiss the Indictment (ECF No. 127) is GRANTED.  All charges pending against Defendant in the Indictment in this case are DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss the Indictment for Speedy Trial Act Violation (ECF No. 112) is DISMISSED as moot.

Dated:  July 16, 2024

  /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge